UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOHN ROSADO,

                Plaintiff,

-Against-

SUSAN MUELLER, et al.,

                Defendants.
-----------------------------------------------------------x

23 Civ. 3718 (LAP)

[~~PROPOSED~~] ORDER
AUTHORIZING
THE DEPOSITION OF
INCARCERATED PLAINTIFF

    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General from the State of New York, Office of the Attorney General, may take the deposition of plaintiff John Rosado, B&C No. 9502400012, at Rikers Island Facility or any facility where he is currently housed, on August 29, 2024 at 10:00 a.m. and continuing that day until its completion, by stenographic means. A private room will be required to conduct the deposition. In attendance will be Ian Ramage, Joshua Morrison, Lukas Horowitz, and a court reporter from Veritext Legal Solutions who will be assigned at a later date prior to the deposition. The court reporter from Veritext will be utilizing stenographic equipment that may include a stenographic machine, machine attachments, a charger, extension cords, pens, pencils, a blank paper pad, and a laptop computer. Additionally, Ian Ramage, Joshua Morrison, and Lukas Horowitz each expect to bring a writing pads, pens, and binders containing documents.

    Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

8/7/24

SO ORDERED

*Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE