UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN ROSADO,

          Plaintiff,

-Against-

SUSAN MUELLER, et al.,

          Defendants.

------------------------------------------------------------x

23 Civ. 3718 (LAP)

[PROPOSED] ORDER
AUTHORIZING
THE DEPOSITION OF
INCARCERATED PLAINTIFF

    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff John Rosado, DIN 96-A-2748, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

    Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action.

Dated: _October 31_, 2024

SO ORDERED

_Loretta A. Preska_
Hon. Loretta A. Preska
United States District Judge