# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

December 15, 2025

**VIA ECF**

Re:   **Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case. Plaintiff respectfully requests until January 15, 2026 to file his opposition.

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

Plaintiff's request for an extension until January 15, 2026, is GRANTED. The Clerk of the Court shall close docket number 187. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
December 16, 2025

---