# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 15, 2026

**VIA ECF**

**Re:    Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case. Plaintiff respectfully requests until January 30, 2026 to file his opposition.  Defendant, in turn, requests until March 6, 2026 to reply.

With our thanks for the Court's continued courtesy.


Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*


**SO ORDERED.** The Clerk of the Court shall close docket number 189.

Loretta A. Preska
_____
Loretta A. Preska, U.S.D.J.

January 20, 2026

---