## Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 30, 2026

**VIA ECF**

Re:    **Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final <u>Allen I</u> related Group I case. <u>Plaintiff respectfully requests until February 16, 2026 to file his opposition.</u> Defendant, in turn, will request a reply date from the Court at a later date given the <u>Allen I</u> related cases slated for trial in March and April before this Court. I do apologize for the additional extension. Due to the winter storm, this office has spent much of the last week fielding issues in prisons with inoperable heat on prison blocks, staffing, and canceled outside appointments.

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

**SO ORDERED.**  The Clerk of the Court shall close docket number 191.

_____
Loretta A. Preska, U.S.D.J.
February 4, 2026

---