# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 17, 2026

**VIA ECF**

**Re:    Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request <u>an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case</u>. Plaintiff respectfully requests <u>until February 23, 2026 to file his opposition</u>.

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

**SO ORDERED.** The Clerk of the Court shall close docket number 193.

_____
Loretta A. Preska, U.S.D.J.
February 18, 2026