# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 26, 2026

**VIA ECF**

Re:    **Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

    With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case to March 6, 2026. I do apologize to the Court.  I contracted the flu late last week and did not work for several days.  I did send an email to my adversary altering him that I would not be able to timely file.  Mr. Manley was ever-gracious, as always.

    With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

**SO ORDERED.** The Clerk of the Court shall close docket number 195.

_____
Loretta A. Preska, U.S.D.J.
February 26, 2026

---