## Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 8, 2026

**VIA ECF**

**Re:    Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

    With the consent of Defendant's counsel, I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case to March 16, 2026.

    With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

SO ORDERED.  The Clerk of the Court
shall close docket number 197.

_____
Loretta A. Preska, U.S.D.J.
March 9, 2026

---

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                          36 Page Hill Road
New York, NY 10011                                          Far Hills, NJ 07931