## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 15, 2026

**VIA ECF**

Re:   **Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

I write on behalf of Plaintiff to respectfully request an extension of Plaintiff's time to file the opposition brief for the final Allen I related Group I case from March 16, 2026 to March 23, 2026. I do, once again, apologize to the Court. While this past week was supposed to be relatively calm, we finally succeeded in having the criminal sentence of our client, Kenneth Windley (before this court in Windley v. Hammer, et al., 23-cv-7150), vacated after 19 years in prison. I have spent the vast majority of this past week mired in arrangements for Mr. Windley's appearance tomorrow in criminal court so he can be released. (While the movies make this look simple, it was not.) We will be out of the office tomorrow celebrating with Mr. Windley and his family and I will then get this opposition filed by March 23, 2026.

With my thanks for the Court's continued courtesy.

*Reply shall be filed no later than March 29.*

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

SO ORDERED

*Loretta A. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

3/16/24

---

*New York Office*          (973) 600-1724          aj@ajagnew.com          *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                36 Page Hill Road
New York, NY 10011                                                         Far Hills, NJ 07931