## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 24, 2026

**VIA ECF**

Re:    **Rosado v. Lee, 23-cv-3718**

Dear Judge Preska:

I write on behalf of Plaintiff to apologize for missing the Court's March 23, 2026 deadline for Plaintiff's submission of opposition papers. I am an absolute moron and read the text order resetting the reply deadline as March 29, 2026 and recorded same. This was pure brain fog as I had not requested a reply date and just read it to my favor. Today, I filed all underlying documents to Plaintiff's submission. A hearing I had scheduled before Judge Vargas tomorrow was just adjourned so I will finish the brief tomorrow and file. Again, I am very sorry; it did not even occur to me until I heard from Mr. Daniels.

With my thanks for the Court's continued courtesy and unwavering patience.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiff*

**SO ORDERED.** The Clerk of the Court shall close docket number 204.

Loretta A. Preska, U.S.D.J.
March 26, 2026

---

*New York Office*                (973) 600-1724        aj@ajagnew.com            *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                       36 Page Hill Road
New York, NY 10011                                                                Far Hills, NJ 07931